| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Olson, John K. | 2. Court or Organization Florida Southern - Bankruptcy | 3. Date of Report 11/10/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination   Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

US Courthouse
299 E Broward Blvd.
Ft. Lauderdale, FL 33301

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Olson, John K. | 11/10/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | Bloomberg LP, book royalties | $18,008.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Greenspoon Marder PA - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Business Law Section, The Florida Bar | Jan 22-24 | Kissimmee, FL | Section Meeting | Transportation, meals, room |
| 2. | American Bar Association, Business Law Section | Apr 9-11 | Los Angeles, CA | Section Spring Meeing | Transportation, meals, room |
| 3. | Bloomberg, LP | Apr 25-26 | New York, NY | Editorial Board Meeting | Transportation, meals, room |
| 4. | Bankruptcy Bar Association, Southern District of Florida | May 8-11 | Key Largo, FL | Annual Retreat, CLE | Transportation, meals, room |
| 5. | Business Law Section, The Florida Bar | May 20-28 | Vancouver, BC, Canada | Annual Retreat | Transportation, meals, room |

| Name of Person Reporting | Date of Report |
|---|---|
| Olson, John K. | 11/10/2015 |

| | | | | |
|---|---|---|---|---|
| 6. | American Bar Association, Business Law Section | September 10-13 | Chicago, IL | Annual meeting | Transportation, meals, room |
| 7. | American Bar Association, Business Law Section | Oct 7-10 | Chicago, IL | Fall Meeting Business Bankruptcy Committee | Transportation, meals (partial), room (partial) |
| 8. | National Conference of Bankruptcy Judges | Oct 7-10 | Chicago, IL | Annual Meeting | Meals (partial), room (partial) |
| 9. | Commercial Law League | Oct 8 | Chicago, IL | CLE program | Meal |
| 10. | Financial Services Volunteer Corps | Oct 12-19 | Marrakesh, Morocco | Educational program | Transportation, meals, room |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Olson, John K. | 11/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Raymond James Brokerage account cash balance | A | Interest | J | T | | | | | |
| 2. - First Eagle Global Fund | A | Int./Div. | M | T | | | | | |
| 3. - First Eagle US Value Fund | A | Int./Div. | | | Sold | 09/12/14 | L | D | |
| 4. - Ivy Asset Strategy Fund | A | Int./Div. | K | T | | | | | |
| 5. - PIMCO Low Duration Fund | A | Int./Div. | | | Sold | 09/12/14 | J | B | |
| 6. - PIMCO All Asset All Auth Fund | A | Int./Div. | | | Sold | 09/12/14 | K | D | |
| 7. - Thornburg Limited Term Income Fund | A | Interest | K | T | | | | | |
| 8. - RJ Bank | A | Interest | J | T | | | | | |
| 9. - Dreyfus Strategic Value Fund | A | Int./Div. | K | T | | | | | |
| 10. First Eagle Fund of America | A | Int./Div. | M | T | | | | | |
| 11. - PIMCO Short Term Fund | A | Int./Div. | K | T | | | | | |
| 12. - PIMCO Unconstrained Bond Fund | A | Int./Div. | K | T | | | | | |
| 13. - Thornburg Limited Term US Government Fund | A | Interest | K | T | | | | | |
| 14. - Thornburg Investment Income Builder Fund | C | Int./Div. | L | T | | | | | |
| 15. - Raymond James Bank cash balance | A | Interest | J | T | | | | | |
| 16. - American Balanced Fund | A | Int./Div. | | | Sold | 09/12/14 | K | C | |
| 17. - Davis New York Venture Fund Class A | A | Dividend | | | Sold | 09/12/14 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Olson, John K. | 11/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   - PIMCO Total Return Fund | A | Int./Div. | | | Sold | 09/12/14 | K | B | |
| 19.   Deutsche Global Infrastructure Fund | A | Int./Div. | K | T | Buy | 09/12/14 | K | | |
| 20.   - Eagle (fka Heritage) Municipal Cash Trust | A | Interest | J | T | | | | | |
| 21.   Phoenix Ventures, Inc. common | | None | J | U | | | | | |
| 22.   - Invesco Van Kampen Capital Growth Fund | A | Int./Div. | | | Sold | 07/07/14 | K | C | |
| 23.   - Invesco Van Kampen Enterprise Fund | A | Int./Div. | | | Sold | 07/07/14 | K | B | |
| 24.   Invesco Van Kampen Global Equity Allocation Fund | A | Int./Div. | | | Sold | 07/07/14 | K | C | |
| 25.   Invesco American Franchise Fund B | A | Int./Div. | J | T | Buy | 07/07/14 | J | | |
| 26.   Invesco American Franchise Fund A | A | Int./Div. | K | T | Buy | 07/07/14 | K | | |
| 27.   Invesco Global Core Equity Fund | A | Int./Div. | K | T | Buy | 07/07/14 | K | | |
| 28.   Retirement Account | | | | | | | | | |
| 29.   - AQR Multi Strategy Alt Fund | A | Int./Div. | K | T | | | | | |
| 30.   - BBH Core Select Fund | A | Int./Div. | K | T | | | | | |
| 31.   - Columbia Midcap Index Fund | A | Int./Div. | | | Sold | 05/05/14 | K | A | |
| 32.   - Dghm All Cap Value Fund | A | Int./Div. | K | T | Buy | 05/05/14 | K | | |
| 33.   - Etracs Alerian Mlp Etn | B | Int./Div. | K | T | | | | | |
| 34.   - Federated Strategic Val Div Is | B | Int./Div. | K | T | Buy | 05/05/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Olson, John K. | 11/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - FPA Crescent Fund | A | Int./Div. | K | T | | | | | |
| 36. - PIMCO Commodity RR Strategic Fund | A | Int./Div. | J | T | | | | | |
| 37. - T Rowe Price Inst L/C Growth Fund | A | Int./Div. | | | Sold | 05/05/14 | K | B | |
| 38. - Riverpark/Wedgewood-Ins | A | Int./Div. | K | T | Buy | 05/05/14 | K | | |
| 39. - Heartland Value Plus Find | A | Int./Div. | | | Sold | 05/05/14 | J | A | |
| 40. - Schwab Fundamental US Large Co Index | B | Int./Div. | L | T | Buy | 05/05/14 | L | | |
| 41. - TFS Market Neutral Fund | A | Int./Div. | J | T | | | | | |
| 42. - TIAA-CREF S&P 500 Index | B | Int./Div. | | | Sold | 05/05/14 | L | B | |
| 43. - Wells Fargo Growth Fund | A | Int./Div. | | | Sold | 05/05/14 | K | B | |
| 44. - RS Global Natural Resources | A | Int./Div. | | | Sold | 05/05/14 | J | A | |
| 45. - Eaton Vance Global Macro Absolute Return Fund | A | Int./Div. | | | Sold | 05/05/14 | J | A | |
| 46. - Vaughan Nelson Value Opp-Y | A | Int./Div. | K | T | Buy | 05/05/14 | K | | |
| 47. - Johcm International Sel-I | A | Int./Div. | K | T | Buy | 05/05/14 | K | | |
| 48. - Avenue Credit Strategies Fund | B | Int./Div. | K | T | Buy | 05/05/14 | K | | |
| 49. - JP Morgan Core Bond Fund | A | Interest | J | T | | | | | |
| 50. - Natixis Loomis Sayles Investment Grad Bond Fund | B | Interest | K | T | Buy | 05/05/14 | K | | |
| 51. - JP Morgan Government Bond Fund | A | Interest | | | Sold | 05/05/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Olson, John K. | 11/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Osterweis Strategic Income Fund | B | Interest | K | T | | | | | |
| 53. - PIMCO Income Fund | A | Interest | | | Sold | 05/05/14 | J | A | |
| 54. - Templeton Global Total Return Fund | A | Int./Div. | | | Sold | 05/05/14 | J | A | |
| 55. - PIMCO All Asset All Authority Fund | B | Interest | K | T | | | | | |
| 56. - Templeton Global Bond Fund | A | Interest | J | T | Buy | 05/05/14 | J | | |
| 57. Family Limited Partnership - F | | | | | | | | | |
| 58. - Energy Income & Growth Fund | A | Int./Div. | J | T | | | | | |
| 59. - Eaton Vance Tax Adv Global Div Oppty Fund | A | Int./Div. | J | T | | | | | |
| 60. - Ishares Inc Australia Index Fund | A | Int./Div. | J | T | | | | | |
| 61. - Ishares Inc Global Telecomm Sector Index Fund | A | Int./Div. | J | T | | | | | |
| 62. - Ishares Inc CDA Index Fund | A | Int./Div. | J | T | | | | | |
| 63. - Market Vectors Trust Agribusiness EFT | A | Int./Div. | J | T | | | | | |
| 64. - SPDR Sector SBI Energy Fund | A | Int./Div. | J | T | | | | | |
| 65. - SPDR Sector Series Tr S&P Oil & Gas Equipt & Svcs ETF | A | Int./Div. | J | T | | | | | |
| 66. - SPDR Series Tr S&P Metals & Mining | A | Int./Div. | J | T | | | | | |
| 67. - Vanguard Div Apprec ETF | A | Int./Div. | J | T | | | | | |
| 68. - Nuveen Select Maturities Muni Fund | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Vanguard Short Term Tax Exempt Fund | A | Interest | J | T | | | | | |
| 70. - UBS CashFund Inc. | A | Interest | J | T | | | | | |
| 71. - T | A | Int./Div. | J | T | | | | | |
| 72. - ADP | A | Int./Div. | J | T | | | | | |
| 73. - BR | A | Int./Div. | J | T | | | | | |
| 74. - EXBO | A | Int./Div. | J | T | | | | | |
| 75. - ECA | A | Int./Div. | J | T | | | | | |
| 76. - INFY | A | Int./Div. | J | T | | | | | |
| 77. - SAYCY | A | Int./Div. | J | T | | | | | |
| 78. - SLB | A | Int./Div. | J | T | | | | | |
| 79. - SBCF | A | Int./Div. | J | T | | | | | |
| 80. - WIT | A | Int./Div. | J | T | | | | | |
| 81. - GCH | A | Int./Div. | J | T | | | | | |
| 82. - EFA | A | Int./Div. | J | T | | | | | |
| 83. - EEM | A | Int./Div. | J | T | | | | | |
| 84. - CVTCX | A | Int./Div. | J | T | | | | | |
| 85. - VEECX | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Olson, John K. | 11/10/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. - TEGBX | A | Interest | J | T | | | | | |
| 87. - PTTCX | A | Int./Div. | J | T | | | | | |
| 88. - GYB | A | Int./Div. | J | T | | | | | |
| 89. - FESGX | A | Int./Div. | J | T | | | | | |
| 90. - Alger Smidcap Growth | A | Int./Div. | | | Sold | 05/05/14 | J | A | |
| 91. - Eaton Vance Large Cap Value | A | Int./Div. | | | Sold | 05/05/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Olson, John K. | 11/10/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John K. Olson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544